1  TODD A. ROBERTS (SBN 129722)
   ALEXANDRIA C. CARRAHER (SBN 299258)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       todd.roberts@rmkb.com
5               alexandria.carraher@rmkb.com

6  Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROGER AND KIMBERLEE ABBOTT, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, and Does 1 to 10, <br><br> Defendants. | No. 2:19-cv-00100-KJM-DB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PROPOSED DISCOVERY PROTECTIVE ORDER** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

WHEREAS, per the Court's April 26, 2019 Status (Pretrial Scheduling) Order, the parties were to meet and confer and file a joint proposed discovery protective order within fourteen (14) days of the scheduling conference which was held on April 11, 2019.

WHEREAS, per the Court's April 26, 2019 Status (Pretrial Scheduling) Order, the parties shall complete all discovery by September 29, 2019.

WHEREAS April 25, 2019 was the original deadline for parties to file a joint proposed discovery protective order, the parties seek the Court's approval of Plaintiffs ROGER ABBOTT's and KIMBERLEE ABBOTT's and Defendant STATE FARM GENERAL INSURANCE COMPANY's stipulation to extend the time to file a joint proposed discovery protective order

because the parties need additional time to meet and confer and agree as joint proposed discovery protective order, because of pre-planned travel and trial schedules that has necessitated the parties needing additional time to finalize the joint proposed discovery protective order.

WHEREAS, the parties do not anticipate this stipulation does not modify or otherwise prohibit the parties from complying with the deadlines set forth by the Court in its April 26, 2019 Status (Pretrial Scheduling) Order.

**IT IS HEREBY STIPULATED** by and between Plaintiffs ROGER ABBOTT and KIMBERLEE ABBOTT and Defendant STATE FARM GENERAL INSURANCE COMPANY, by and through their respective attorneys of record, that Plaintiffs and Defendant shall have up to and including May 21, 2019 to file and serve their joint proposed discovery protective order.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: May 17, 2019    ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Alexandria C. Carraher*
TODD A. ROBERTS
ALEXANDRIA C. CARRAHER
Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

Dated: May 17, 2019

By: */s/ Tonna Farrar*
TONNA FARRAR
EVANGELINE F. GROSSMAN
Attorneys for Plaintiffs
ROGER ABBOTT and KIMBERLEE ABBOTT

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: May 21, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City