1  TODD A. ROBERTS (SBN 129722)
   ALEXANDRIA C. CARRAHER (SBN 299258)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        todd.roberts@rmkb.com
5                alexandria.carraher@rmkb.com

6  Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

| 12 | ROGER AND KIMBERLEE ABBOTT, | No. 2:19-cv-00100-KJM-DB |
|---|---|---|
| 13 | Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PROPOSED DISCOVERY PROTECTIVE ORDER** |
| 14 | v. | |
| 15 | STATE FARM GENERAL INSURANCE COMPANY, and Does 1 to 10, | |
| 16 | | |
| 17 | Defendants. | |

18          **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19          WHEREAS, per the Court's April 26, 2019 Status (Pretrial Scheduling) Order, the parties

20  were to meet and confer and file a joint proposed discovery protective order within fourteen (14)

21  days of the scheduling conference which was held on April 11, 2019.

22          WHEREAS, per the Court's April 26, 2019 Status (Pretrial Scheduling) Order, the parties

23  shall complete all discovery by September 29, 2019.

24          WHEREAS April 25, 2019 was the original deadline for parties to file a joint proposed

25  discovery protective order, the parties seek the Court's approval of Plaintiffs ROGER ABBOTT's

26  and KIMBERLEE ABBOTT's and Defendant STATE FARM GENERAL INSURANCE

27  COMPANY's stipulation to extend the time to file a joint proposed discovery protective order

28

because the parties need additional time to meet and confer and agree as joint proposed discovery protective order, because STATE FARM GENERAL INSURANCE COMPANY ("STATE FARM") has determined additional changes must be made to the proposed discovery protective order.

WHEREAS, the parties do not anticipate this stipulation does not modify or otherwise prohibit the parties from complying with the deadlines set forth by the Court in its April 26, 2019 Status (Pretrial Scheduling) Order.

**IT IS HEREBY STIPULATED** by and between Plaintiffs ROGER ABBOTT and KIMBERLEE ABBOTT and Defendant STATE FARM, by and through their respective attorneys of record, that Plaintiffs and Defendant shall have up to and including June 4, 2019, to file and serve their joint proposed discovery protective order.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: June 6, 2019　　　　　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Todd A. Roberts*
　　TODD A. ROBERTS
　　ALEXANDRIA C. CARRAHER
　　Attorneys for Defendant
　　STATE FARM GENERAL
　　INSURANCE COMPANY

Dated: June 6, 2019

By: */s/ Tonna Farrar*
　　TONNA FARRAR
　　EVANGELINE F. GROSSMAN
　　Attorneys for Plaintiffs
　　ROGER ABBOTT and KIMBERLEE ABBOTT

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: June 6, 2019  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE