TODD A. ROBERTS (SBN 129722)
ALEXANDRIA C. CARRAHER (SBN 299258)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:          todd.roberts@rmkb.com
                alexandria.carraher@rmkb.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER AND KIMBERLEE ABBOTT,<br><br>                    Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE<br>COMPANY, and Does 1 to 10,<br><br>                    Defendants. | No.  2:19-cv-00100-KJM-DB<br><br>**STIPULATION AND ORDER TO EXTEND<br>DISCOVERY DEADLINES** |

Pursuant to the Federal Rules of Civil Procedure, Rule 16(b)(4), the parties jointly stipulate that the discovery deadlines set forth in the Court's Status (Pretrial Scheduling) Order, filed April 26, 2019 (Doc # 13), be extended for good cause and in the interests of judicial efficiency for thirty (30) days to permit the parties to complete discovery. The parties have been diligent in completing discovery but require additional time to complete written discovery and depositions due to scheduling constraints of the parties, their counsel and third party witnesses. The requested extension of time for discovery is minimal (approximately 30 days) and will not impact the balance of the schedule of the case as set forth in the Court's Status (Pretrial Scheduling) Order, filed April 26, 2019 (Doc # 13).

////

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Accordingly, the parties stipulate to the following extensions:

a.    The deadline for completing non-expert fact discovery, including depositions, is extended from September 29, 2019 to October 29, 2019;

b.    All other deadlines in the Court's Status (Pretrial Scheduling) Order, filed April 26, 2019 (Doc # 13) remain unchanged.

This is the parties' first extension of time for discovery deadlines requested in this matter.

**IT IS SO STIPULATED.**

Dated:   August 27, 2019                    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ _____
    TODD A. ROBERTS
    ALEXANDRA C. CARRAHER
    Attorneys for Defendant
    STATE FARM GENERAL
    INSURANCE COMPANY

Dated:   August 27, 2019


By: /s/ _____
    TONNA FARRAR
    EVANGELINE F. GROSSMAN
    Attorneys for Plaintiffs
    ROGER ABBOTT and KIMBERLEE
    ABBOTT

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause being shown, the Court hereby GRANTS the stipulated request of Plaintiffs ROGER AND KIMBERLEE ABBOTT and Defendant STATE FARM GENERAL INSURANCE COMPANY to extend discovery deadlines, as follows:

1.  The deadline for completing non-expert fact discovery, including depositions, is extended from September 29, 2019 to October 29, 2019;

2.  All other deadlines in the Court's Status (Pretrial Scheduling) Order, filed April 26, 2019 (Doc # 13) remain unchanged.

**IT IS SO ORDERED.**

DATED: August 30, 2019                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE