UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROGER ABBOTT and KIMBERLEE ABBOTT, | No. 2:19-cv-0100 KJM DB |
|---|---|
| Plaintiffs, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| STATE FARM GENERAL INSURANCE. CO., | |
| Defendant. | |

The parties jointly request (ECF No. 22) to amend dates in the pretrial scheduling order (ECF No. 13). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | September 29, 2019 | February 26, 2020 |
| Inform Court of Settlement Efforts | October 31, 2019 | February 28, 2020 |
| Dispositive Motion | February 28, 2020 | April 24, 2020 |
| Expert Witness Disclosure | December 2, 2019 | May 29, 2020 |
| Rebuttal Expert Disclosure | December 23, 2019 | June 26, 2020 |
| Completion of Expert Discovery | January 17, 2020 | July 24, 2020 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13).

IT IS SO ORDERED.

DATED: November 5, 2019.

UNITED STATES DISTRICT JUDGE

1