UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ABBOTT and KIMBERLEE ABBOTT,<br><br>              Plaintiffs,<br><br>     v.<br><br>STATE FARM GENERAL INSURANCE. CO.,<br><br>              Defendant. | No. 2:19-cv-0100 KJM DB<br><br><br>AMENDMENT TO THE<br>SCHEDULING ORDER |

The parties jointly request (ECF No. 24) to amend dates in the pretrial scheduling order (ECF No. 13). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | February 26, 2020 | May 26, 2020 |
| Inform Court of Settlement Efforts | February 28, 2020 | May 28, 2020 |
| Dispositive Motion | April 24, 2020 | July 24, 2020 |
| Expert Witness Disclosure | May 29, 2020 | August 31, 2020 |
| Rebuttal Expert Disclosure | June 26, 2020 | September 28, 2020 |
| Completion of Expert Discovery | July 24, 2020 | October 26, 2020 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13).

      IT IS SO ORDERED.

DATED: February 18, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE