UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER AND KIMBERLEE ABBOTT,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:19-CV-00100-KJM-DB<br><br>**ORDER TO EXTEND COURT DATES IN AMENDMENT TO SCHEDULING ORDER**<br><br>Action Filed: January 15, 2019 |

The parties jointly request to amend dates in the scheduling order (ECF No. 25). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | May 26, 2020 | August 24, 2020 |
| Settlement Conference Deadline | May 28, 2020 | October 29, 2020 |
| Dispositive Motion | July 24, 2020 | October 16, 2020 |
| Expert Witness Disclosure | August 31, 2020 | November 30, 2020 |
| Rebuttal Expert Disclosure | September 28, 2020 | December 28, 2020 |
| Completion of Expert Discovery | October 26, 2020 | January 25, 2021 |

IT IS SO ORDERED.

DATED: July 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4818-9979-1809.1