UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger and Kimberlee Abbott,<br><br>Plaintiffs,<br><br>v.<br><br>State Farm General Insurance Company, et al.,<br><br>Defendant. | No. 2:19-cv-00100-KJM-DB<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 40) to amend dates in the pretrial scheduling order (ECF No. 37). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 3/23/2021 | 7/21/2021 |
| Settlement Conference Deadline | 5/7/2021 | 9/7/2021 |
| Expert Disclosures | 7/1/2021 | 10/29/2021 |
| Rebuttal Expert Disclosures | 7/28/2021 | 11/26/2021 |
| Completion of Expert Discovery | 8/25/2021 | 12/23/2021 |
| All Dispositive Motions Hearing Date | 5/7/2021 | 9/17/2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13). This order resolves ECF No. 40.

1        IT IS SO ORDERED.

2  DATED: March 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE