TODD A. ROBERTS (SBN 129722)
ALEXANDRIA C. CARRAHER (SBN 299258)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:	650.364.8200
Facsimile:	650.780.1701
Email:	todd.roberts@ropers.com
	alexandria.carraher@ropers.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER AND KIMBERLEE ABBOTT,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:19-CV-00100-KJM-DB<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL DATES; ORDER**<br><br>Action Filed: January 15, 2019 |

Plaintiffs ROGER ABBOTT and KIMBERLY ABBOTT and Defendant STATE FARM GENERAL INSURANCE COMPANY (collectively, the "Parties") by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiffs, by and through counsel, filed their Complaint on January 15, 2019;

WHEREAS, on February 22, 2019, Defendant and Plaintiffs jointly stipulated to extend the time to answer the Complaint;

WHEREAS, on March 2, 2019, Defendant filed its Answer to the Complaint;

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties have engaged in substantial written discovery and depositions;

1  WHEREAS, the parties have worked cooperatively with each other to diligently complete
2  written discovery and depositions in the matter;

3  WHEREAS, the parties mediated the case with Doug DeVries with Judicate West on
4  December 19, 2019;

5  WHEREAS, following the mediation the parties agreed to conduct expert review and
6  additional discovery that will further inform settlement discussions and also necessitates
7  additional time to complete discovery;

8  WHEREAS, as a result of COVID-19, the parties' efforts to conduct expert review of
9  certain evidentiary documents and out of state deposition have been stalled;

10  WHEREAS, Defendant filed its Motion for Summary Judgment Or, Alternatively Partial
11  Summary Judgment ("Motion for Summary Judgment"), and the parties timely completed all
12  briefing on the Motion for Summary Judgment;

13  WHEREAS, the Court heard oral argument on Defendant's Motion for Summary
14  Judgment on November 6, 2020;

15  WHEREAS, as of the date of filing this Joint Stipulation, the Court has not
16  issued a ruling on the Motion for Summary Judgment;

17  WHEREAS, the Parties have previously stipulated to continue and amend the pre-trial
18  deadlines in the Scheduling Order, which requests were granted by the Court (Dkt. Nos. 17, 21,
19  23, 25, 28, 37, 41, and 47);

20  WHEREAS, on October 14, 2021, the parties jointly stipulated by and through their
21  respective attorneys of record, that all currently scheduled deadlines in this case be extended and
22  respectfully requested that a Status Conference be scheduled, and that the currently scheduled
23  deadlines (Dkt. No. 47) be vacated pending the Status Conference at which time the parties would
24  propose extended deadlines (Dkt. No. 48);

25  WHEREAS, no status conference has been scheduled;

26  WHEREAS, certain deadlines as set forth in the Amended Scheduling Order (Dkt. No.
27  47) are nearing and have passed, and the Summary Judgment ruling is pending;

28

WHEREAS, the parties agree that continued discovery and expert disclosures would be premature at this time and would result in unnecessary costs while awaiting the Court's ruling;

WHEREAS, the parties agree that an additional time to conduct settlement negotiations, complete discovery and await the Court's ruling on Motion for Summary Judgment could minimize the amount of motion practice required and increase the chance of settling this matter; and

WHEREAS, Plaintiffs reserve their right to object to any successive Motion for Summary Judgment filed by the Defendant;

THEREFORE, the parties jointly stipulate by and through their respective attorneys of record, that the Court extend the pre-trial deadlines in the Scheduling Order (Dkt. Nos. 17 and 47) as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | 11/19/2021 | 8/15/2022 |
| Settlement Conference Deadline | 5/26/2022 | 5/31/2023 |
| Expert Disclosures | 2/28/2022 | 10/17/2022 |
| Rebuttal Expert Disclosures | 3/25/2022 | 11/21/2022 |
| Completion of Expert Discovery | 4/25/2022 | 12/21/2022 |
| All Dispositive Motions Hearing Date | 5/13/2022 | 4/20/2023 |

//
//
//
//
//
//
//
//

**IT IS SO STIPULATED**, through Counsel of Record.

All signatories to this Stipulation, on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated:   March 14, 2022                    ROPERS MAJESKI PC

By: */s/ Alexandria C. Carraher*
TODD A. ROBERTS
ALEXANDRIA C. CARRAHER
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

Dated:   March 14, 2022                    EVANGELINE FISHER GROSSMAN LAW

By: */s/ Evangeline F. Grossman*
TONNA FAXON
EVANGELINE F. GROSSMAN
Attorneys for Plaintiffs
ROGER ABBOTT and KIMBERLEE ABBOTT

**ORDER**

Having considered the within Stipulation, and good cause appearing therefore, the Court GRANTS the parties' request, and hereby ORDERS as follows:

The Scheduling Order, Dkt. Nos. 17 and 47 is modified as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | 11/19/2021 | 8/15/2022 |
| Settlement Conference Deadline | 5/26/2022 | 5/31/2023 |
| Expert Disclosures | 2/28/2022 | 10/17/2022 |
| Rebuttal Expert Disclosures | 3/25/2022 | 11/21/2022 |
| Completion of Expert Discovery | 4/25/2022 | 12/21/2022 |
| All Dispositive Motions Hearing Date | 5/13/2022 | 4/21/2023 |

This amendment does not alter any other potions of the Initial Scheduling Order.

**IT IS SO ORDERED.**

Dated: March 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE