TODD A. ROBERTS (SBN 129722)
ALEXANDRIA C. CARRAHER (SBN 299258)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:    650.364.8200
Facsimile:    650.780.1701
Email:        todd.roberts@ropers.com
              alexandria.carraher@ropers.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER AND KIMBERLEE ABBOTT,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 2:19-CV-00100-KJM-DB<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL DATES; ORDER**<br><br>Action Filed: January 15, 2019 |

Plaintiffs ROGER ABBOTT and KIMBERLY ABBOTT and Defendant STATE FARM GENERAL INSURANCE COMPANY (collectively, the "Parties") by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiffs, by and through counsel, filed their Complaint on January 15, 2019;

WHEREAS, on February 22, 2019, Defendant and Plaintiffs jointly stipulated to extend the time to answer the Complaint;

WHEREAS, on March 2, 2019, Defendant filed its Answer to the Complaint;

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties have engaged in substantial written discovery and depositions;

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

WHEREAS, the parties have worked cooperatively with each other to diligently complete written discovery and depositions in the matter;

WHEREAS, the parties mediated the case with Doug DeVries with Judicate West on December 19, 2019;

WHEREAS, following the mediation the parties agreed to conduct expert review and additional discovery that will further inform settlement discussions and that also necessitates additional time to complete discovery;

WHEREAS, as a result of COVID-19 and the parties' trial calendars, the parties' efforts to conduct expert review of certain evidentiary documents and out of state deposition have been stalled;

WHEREAS, Defendant filed its Motion for Summary Judgment Or, Alternatively Partial Summary Judgment ("Motion for Summary Judgment"), and the parties timely completed all briefing on the Motion for Summary Judgment;

WHEREAS, the Court heard oral argument on Defendant's Motion for Summary Judgment on November 6, 2020;

WHEREAS, the Motion for Summary Judgment was denied on March 16, 2022;

WHEREAS, the Parties have previously stipulated to continue and amend the pre-trial deadlines in the Scheduling Order, which requests were granted by the Court (Dkt. Nos. 17, 21, 23, 25, 28, 37, 41, 47, and 50);

WHEREAS, most recently, on March 14, 2022, the parties jointly stipulated by and through their respective attorneys of record, that all currently scheduled deadlines in this case be extended and the Court signed and ordered the stipulation on March 16, 2022 (Dkt. No. 51);

WHEREAS, counsel for each party was unable to complete and schedule out of state depositions during April 2022 – July 15, 2022, due to their trial schedules and, as a result, each party needs additional time to complete the remaining discovery;

WHEREAS, the parties agree that an additional time to conduct settlement negotiations and complete discovery could minimize the amount of motion practice required and increase the chance of settling this matter; and

ROPERS MAJESKI
A Professional Corporation
Menlo Park

1   WHEREAS, Plaintiffs reserve their right to object to any successive Motion for Summary

2   Judgment filed by the Defendant;

3   THEREFORE, the parties jointly stipulate by and through their respective attorneys of

4   record, that the Court extend the pre-trial deadlines in the Scheduling Order (Dkt. Nos. 17 and 51)

5   as follows:

6

7

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 8/15/2022 | 10/14/2022 |
| Settlement Conference Deadline | 5/31/2023 | 8/2/2023 |
| Expert Disclosures | 10/17/2022 | 12/16/2022 |
| Rebuttal Expert Disclosures | 11/21/2022 | 1/20/2023 |
| Completion of Expert Discovery | 12/21/2022 | 2/20/2023 |
| All Dispositive Motions Hearing Date | 4/20/2023 | 6/22/2023 |

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

1    **IT IS SO STIPULATED**, through Counsel of Record.

2        All signatories to this Stipulation, on whose behalf the filing is submitted, concur in the

3    Stipulation's content and have authorized its filing.

4    Dated:  July 11, 2022                              ROPERS MAJESKI PC

5

6                                                       By:_____

7                                                            TODD A. ROBERTS
                                                            ALEXANDRIA C. CARRAHER
8                                                            Attorneys for Defendant
                                                            STATE FARM GENERAL INSURANCE
9                                                            COMPANY

10

11   Dated:  July 11, 2022                              EVANGELINE FISHER GROSSMAN LAW

12

13                                                      By:_____
                                                            TONNA FAXON
14                                                          EVANGELINE F. GROSSMAN
                                                            Attorneys for Plaintiffs
15                                                          ROGER ABBOTT and KIMBERLEE
                                                            ABBOTT

16

17

18

19

20

21

22

23

24

25

26

27

28

ROPERS
M A J E S K I

A Professional Corporation
Menlo Park

4881-0609-3607.1

- 4 -

JOINT STIPULATION TO EXTEND PRE-TRIAL
DATES; ORDER
CASE NO. 2:19-CV-00100-KJM-DB

## ORDER

Having considered the parties' stipulation, and good cause appearing, the court **grants** the parties' request, and hereby ORDERS as follows:

The Scheduling Order, ECF Nos. 17 and 51, is modified as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 8/15/2022 | 10/14/2022 |
| Settlement Conference Deadline | 5/31/2023 | 8/2/2023 |
| Expert Disclosures | 10/17/2022 | 12/16/2022 |
| Rebuttal Expert Disclosures | 11/21/2022 | 1/20/2023 |
| Completion of Expert Discovery | 12/21/2022 | 2/20/2023 |
| All Dispositive Motions Hearing Date | 4/20/2023 | 6/23/2023 |

This amendment does not alter any other portions of the Initial Scheduling Order.

**IT IS SO ORDERED.**

Dated:  July 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4881-0609-3607.1

JOINT STIPULATION TO EXTEND PRE-TRIAL
DATES; ORDER
CASE NO. 2:19-CV-00100-KJM-DB